(111 So. 924)

John HARBIN v. STATE. (8 Div. 482.) (Court of Appeals of Alabama. Feb. 1, 1927.)

J. E. Horton, Judge.

RICE, J. Appeal dismissed.

---

(113 So. 917)

Ed HARDYMAN, alias Hardaman, v. STATE. (6 Div. 132.) Court of Appeals of Alabama. June 30, 1927.

J. C. B. Gwin, Judge. Benton, Bentley & Moore, of Bessemer, for appellant. Charlie C. McCall, Atty. Gen., for the State.

BRICKEN, P. J. The indictment contained two counts, and charged the defendant with the offenses of distilling, making, or manufacturing alcoholic, spirituous, malted, or mixed liquors, a part of which was alcohol, and the possession of a still to be used for that purpose. The jury returned a general verdict of guilty as charged in the indictment. To this indictment the defendant interposed demurrers, and assigned 27 separate and distinct grounds of demurrer, which were overruled. The indictment contained in this record has been approved as to form and substance innumerable times by this court. The demurrers are without merit, and the court properly so held. The appeal here is upon the record proper, there being no bill of exceptions. An examination of this record discloses regularity in all things. As no error appears, the judgment of conviction in the circuit court, from which this appeal was taken, is affirmed. Affirmed.

---

(116 So. 925)

Willie HARRIS v. CITY of TUSCALOOSA. (6 Div. 426.) Court of Appeals of Alabama. April 24, 1928.

Henry B. Foster, Judge. Petit larceny.

BRICKEN, P. J. Appeal dismissed on motion of appellee.

---

(118 So. 924)

Clide HARRISON v. STATE. (4 Div. 398.) Court of Appeals of Alabama. Nov. 13, 1928.

J. Morgan Prestwood, Judge.

SAMFORD, J. Appeal dismissed.

---

(114 So. 922)

Ed HARRISON v. STATE. (4 Div. 293.) Court of Appeals of Alabama. Nov. 15, 1927.

J. S. Williams, Judge.

SAMFORD, J. Appeal dismissed.

---

(118 So. 924)

Henry HARRISON v. STATE. (4 Div. 446.) Court of Appeals of Alabama. Nov. 27, 1928. W. L. Parks, Judge. J. C. Fleming, of Elba, for appellant. Charlie C. McCall, Atty. Gen., for the State. Distilling.

BRICKEN, P. J. The evidence adduced upon this trial in the court below, as shown by the record, has been read and considered by this court en banc. The affirmative charge was requested in writing and refused. This court is of the opinion that there was error in the refusal of said charge, as the evidence as a whole was insufficient to sustain the burden of proof resting upon the state and to overcome the presumption of innocence which attended the accused. We are of the opinion, so far as the charges contained in the indictment are concerned, that the evidence hardly creates even a suspicion against this appellant. A conviction cannot be permitted to stand upon such evidence. Reversed and remanded.

---

(114 So. 922)

Will HARRISON v. STATE. (4 Div. 288.) Court of Appeals of Alabama. Nov. 15, 1927.

W. L. Parks, Judge.

BRICKEN, P. J. Affirmed.

---

(116 So. 925)

Thomas HELTON and Frank Helton v. STATE. (2 Div. 397.) Court of Appeals of Alabama. March 27, 1928. Thos. E. Knight, Judge. Assault and battery.

RICE, J. Appeal dismissed.

---

(118 So. 924)

Cleve HEMBY v. STATE. (4 Div. 402.) Court of Appeals of Alabama. Nov. 13, 1928.

J. Morgan Prestwood, Judge.

RICE, J. Appeal dismissed.